IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

SHANISSA ROMERO,

                Plaintiff,

vs.

CHECK INTO CASH, INC., et al.,

                Defendants.

No. 2:17-cv-1656-HRH

O R D E R

Case Dismissed

        The court is in receipt of the parties' joint status report,[1] filed October 30, 2017. The report is approved and, pursuant to the parties' request therein, this matter is dismissed without prejudice to litigating the allegations exclusively in binding arbitration, the parties to bear their respective costs and attorney fees.

        DATED this  2nd  day of November, 2017.

                                      /s/ H. Russel Holland
                                      United States District Judge

---

[1] Docket No. 28.